IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AISLINN WILLIAMS,

        **Plaintiff,**

v.                                        No. 2:21-cv-00909-GJF-KRS

KOMMUNIKARE THERAPY, PC,
SAM D. COBB, TRISTIN L. ROAN, and
RMS HOLDINGS, LLC,

        **Defendants.**

### ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR PARTIES TO DISCLOSE EXPERT WITNESSES AND REPORTS

This matter having come before the court on the Parties' Joint Motion to Extend Time for Parties to Disclose Expert Witnesses and Reports, the Court, having reviewed the Motion and being advised in the premises, finds that the Motion is well taken and should be GRANTED.

It is therefore ORDERED that the deadlines set forth in the Scheduling Order (Doc. 37) are extended as follows:

1. Deadline for Plaintiff's expert reports: <u>February 17, 2023</u>;

2. Deadline for Defendant's expert reports: <u>March 17, 2023</u>;

All other provisions of the Scheduling Order (Doc. 37) remain unchanged.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

**ZEBAS LAW FIRM, L.L.C.**

*/s/ Joseph M. Zebas*
Joseph M. Zebas, Esq.
P.O. Box 1675
Hobbs, NM 88241-1675
(575) 393-1024
(575) 393-1234 Fax
joe.zebas@zebaslaw.com
*Attorneys for Plaintiffs*


**KEMP SMITH LLP**


_____
Gilbert . Sanchez
P.O. Box 2800
El Paso, TX 79999-2800
(915) 533-4424
(915) 546-5360 (FAX)
Gilbert.Sanchez@kempsmith.com
*Attorney for Defendants*

2